IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA – NORTHERN DIVISION

IN RE:
    SHELAIN C. MCDOUGAL
    SSN: XXX-XX-8325

CHAPTER 7

CASE NO:   18-80178-CRJ-7

**TRUSTEE'S MOTION TO DISMISS THE CASE
FOR FAILURE TO APPEAR - SECTION 341 MEETING OF CREDITORS**

   NOW comes Judith Thompson, Trustee in the above styled case and files this Motion to dismiss the case for the following:

The Trustee was appointed on January 23, 2018 and the creditors meeting set for June 30, 2017.

**The Debtors failed to appear at the Section § 341 Meeting of Creditors on February 23, 2018. The Meeting was reset to March 23, 2018 and the debtor did not appear. The attorney for debtor failed to file, with the Court, the notice resetting the hearing for March 23, 2018. Therefore the trustee gave the debtor an additional opportunity to attend the 341 Meeting of Creditors reset for April 20, 2018, again the debtor failed to appear.**

**The debtors' discharge date is set for today, April 24, 2018.**

**Wherefore, the Trustee requests the Honorable Court to set a date and time for this motion to be heard.** The trustee further requests the Honorable Court to dismiss the petition for failure to appear at the Section § 341 Meeting of Creditors; and Grant any and other relief that may be just and proper.

Respectfully, submitted this 20th day of April 2018.

                                          /s/    *Judith  Thompson*
                                      Judith Thompson, Trustee
                                      P. O. Box 18966
                                      Huntsville, Alabama 35804-8966
                                      (256) 880-2217
                                      Email: Judith@al-bk.com

**Address of the Bankruptcy Clerk's Office**

400 Well Street
P. O. Box 2775
Decatur, Al 35602
Telephone number: 256-584-7900
Hours Open: Monday – Friday 8:00 AM – 4:30 PM

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Motion to dismiss the petition has been served upon the individuals listed below and all parties listed on the Court's Matrix by placing a copy of same in the United States Post Office, postage prepaid and properly addressed or e-mailed on the 20th day of April 2018.

/s/ *Judith Thompson,*

**RICHARD BLYTHE,
BA'S OFFICE
P. O. BOX 3045
DECATUR, ALABAMA 35602
Email: Richard_Blythe@alnb.uscourts.go**

**Debtor:**

**Shelain C. McDougal
2350 Camden Dove
Muscle Shoals, Alabama 35661**

**Attorney for Debtor:**

**Joseph Britt, Attorney
87 Hwy 72
Killen, Alabama 35645
Email: bankruptcy@jrbritt.com**