# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA - NORTHERN DIVISION

**In the Matter of:**

| | |
|---|---|
| Shelain C McDougal } | **Case No: 18-80178-CRJ7** |
| SSN: XXX-XX-8325 } | |
| DEBTOR(S). } | |
| } | |
| } | |

## ORDER GRANTING MOTION TO DISMISS

This matter came before the Court on Wednesday, June 06, 2018 10:00 AM, for a hearing on the following:

    RE: Doc #16; Trustee's Motion to Dismiss Case for Failure to Appear at Section 341 Meeting of Creditors

Proper notice of the hearing was given and appearances were made by the following:

    Joseph Britt, attorney for Shelain C McDougal (Debtor)
    Judith Thompson (Trustee)

**It is therefore ORDERED, ADJUDGED and DECREED that:**

The Trustee's Motion to Dismiss Case for Failure to Appear at Section 341 Meeting of Creditors is GRANTED and this case is hereby DISMISSED.

Dated: 06/06/2018

    /s/ CLIFTON R. JESSUP JR.
    CLIFTON R. JESSUP JR.
    United States Bankruptcy Judge